# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANTREZE DEUN KNOWLES**  PLAINTIFF

v.  No. 3:23-cv-14-DPM-JJV

**JAMIE FLOYD, Sergeant,**
Greene County Detention Center;
**CAMERON HUGHES, Corporal, Officer,**
Greene County Detention Center;
**NEELY CROWDER, Officer,**
Greene County Detention Center;
**FELISHA ROWLAND, Officer,**
Greene County Detention Center; and
**CORIE BARNUM, Sergeant,**
Greene County Detention Center  DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 6*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Rowland and Barnum are dismissed without prejudice from this action. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2023