IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTREZE DEUN KNOWLES                                    PLAINTIFF

v.                          No. 3:23-cv-14-DPM

JAMIE FLOYD, Sergeant,
Greene County Detention
Center; CAMERON HUGHES,
Corporal, Greene County
Detention Center; and NEELY
CROWDER, Officer, Greene
County Detention Center                                 DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Knowles hasn't updated his mailing address or filed a new *in forma pauperis* application; and the time to do so has passed. Doc. 19. His amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 June 2023