IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTREZE DEUN KNOWLES                                              PLAINTIFF

v.                          No. 3:23-cv-14-DPM

JAMIE FLOYD, Sergeant, Greene
County Detention Center; CAMERON
HUGHES, Corporal, Greene County
Detention Center; NEELY CROWDER,
Officer, Greene County Detention
Center; FELISHA ROWLAND, Officer,
Greene County Detention Center; and
CORIE BARNUM, Sergeant, Greene
County Detention Center                                           DEFENDANTS

## JUDGMENT

Knowles's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2023